# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Laurian M. Lane,                         Case No. 0:16-cv-00364-MJD-KMM

       Plaintiff,

v.                                         **ORDER**

Carolyn W. Colvin, Commissioner of
Social Security,

       Defendant.

Stephanie M. Balmer, Falsani Balmer Peterson Quinn & Beyer, counsel for plaintiff

Gregory G. Brooker, United States Attorney's Office, counsel for defendant

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated September 27, 2016.  Plaintiff objects to the Magistrate Judge's interpretation of the ALJ's finding regarding conditions that were not diagnosed until after the date of last insured.  Plaintiff further objects to the Report and Recommendation to the extent it adopts the findings of the ALJ that lack sufficient foundation in

light of the ALJ's refusal to consider medical evidence relative to conditions that were not diagnosed until after the date of last insured.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that

1. Plaintiff's motion for summary judgment (ECF No. 13) is **DENIED**.

2. The Commissioner's motion for summary judgment (ECF No. 16) is **GRANTED**.

3. The Commissioner's decision that Plaintiff is not disabled is **AFFIRMED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  December 13, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court